# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | | |
|---|---|---|
| CLARK CANYON HYDRO, LLC, | ) | No. CV 18-65-BU-BMM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER GRANTING MOTION** |
| | ) | **FOR LEAVE TO APPEAR BY** |
| IDAHO POWER COMPANY, | ) | **VIDEO CONFERENCE** |
| | ) | |
| Defendant. | ) | |

Upon Idaho Power Company's Unopposed Motion for Leave to Appear by Video Conference for Hearing Set on April 25, 2019, and for good cause showing, the order is GRANTED. Counsel for Idaho Power may appear by videoconference at the April 25, 2019 hearing set in the above-captioned matter. Counsel shall contact court staff to arrange for video conference accommodations.

Dated this 22nd day of April, 2019.

_____
John Johnston
United States Magistrate Judge

12385236_1

1