# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| CLARK CANYON HYDRO LLC, ) | **CV-18-65-BU-BMM** |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| IDAHO POWER COMPANY ) | |
| Defendant. ) | |

The Court, having considered Plaintiff's Unopposed Motion to Partially Place Previously Filed Exhibits Under Seal, and good cause being shown,

IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion to Partially Place Previously Filed Exhibits Under Seal is GRANTED.

IT IS FURTHER ORDERED that the clerk shall seal ECF documents 33-3 and 34-1 and replace them with ECF documents 35-1 and 35-2, respectively.

DATED this 14th day of November, 2019.

_Brian Morris_
Brian Morris
United States District Court Judge