IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| CLARK CANYON HYDRO, LLC, | |
| Plaintiff, | CV-18-65-BU-BMM |
| v. | |
| IDAHO POWER COMPANY, | **ORDER** |
| Defendant.. | |

Defendant has moved for an order allowing Steven B. Andersen, Esq. and Wade Woodard, Esq. to appear *pro hac vice* in this case with Brianne McClafferty, Esq., designated as local counsel. The applications of Mr. Anderson and Mr. Woodard appear to be in compliance with L.R. 83.1(d).

IT IS ORDERED:

Defendant's motions to allow Mr. Andersen and Mr. Woodard to appear on its behalf (Docs. 41 and 42) are GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3. Mr. Andersen and Mr. Woodard must each do their own work. Each must do their own writing, sign their own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5. Admission is personal to Mr. Andersen and Mr. Woodard.

**IT IS FURTHER ORDERED**:

Each applicant shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of their admission under the terms set forth above.

DATED this 14th day of November, 2019.

*/s/ Brian Morris*
Brian Morris
United States District Court Judge