# In The United States District Court
## For The District Of Montana
### Butte Division

CLARK CANYON HYDRO, LLC,

              Plaintiff,

   vs.

IDAHO POWER COMPANY,

              Defendant.

CV-18-65-BU-BMM

**ORDER**

The undersigned conducted a telephonic status call on November 14, 2019. James Murnion, Esq. and Ryan Shaffer, Esq. appeared on behalf of the Plaintiff. Shane Coleman, Esq. and Brianne McClafferty, Esq. appeared on behalf of the Defendant.

**IT IS ORDERED** that as far as Defendant's Objection to Plaintiff's Expert Disclosure (Doc. 33) is construed as a motion to exclude experts, it is **DENIED.**

DATED this 15th day of November, 2019.

Brian Morris
United States District Court Judge