IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| CLARK CANYON HYDRO, LLC, | |
|---|---|
| Plaintiff, | CV-18-65-BU-BMM |
| vs. | |
| IDAHO POWER COMPANY, | ORDER |
| Defendant. | |

The Court conducted a status conference on March 18, 2020. James Murnion, Esq., appeared for Plaintiff Clark Canyon Hydro, LLC. Brianne McClafferty, Esq. and Jennifer Dempsey, Esq. appeared for Defendant, Idaho Power Company.

**IT IS ORDERED** that the motion hearing set for Monday, March 30, 2020, at 1:30 p.m. shall be conducted using video conferencing by all parties. The parties are to contact the Clerk of Court to arrange a video test in advance of the hearing.

DATED this 19th day of March, 2020.

Brian Morris
United States District Court Judge