IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| CLARK CANYON HYDRO, LLC, | CV-18-65-BU-BMM |
| Plaintiff, | **ORDER** |
| vs. | |
| IDAHO POWER COMPANY, | |
| Defendant. | |

The Court has been informed that this case has settled at a settlement conference conducted by Magistrate Judge John Johnston on August 19, 2020. Accordingly, **IT IS HEREBY ORDERED** that all deadlines and hearings in this case are **VACATED**. The parties shall file a stipulation for dismissal and submit a proposed order of dismissal to the undersigned on or before **September 19, 2020**, or show good cause for their failure to do so.

DATED this 19th day of August, 2020.

_____
Brian Morris, Chief District Judge
United State District Court