IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | | |
|---|---|---|
| CLARK CANYON HYDRO, LLC, | ) | No. CV 18-65-BU-BMM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING JOINT** |
| vs. | ) | **STIPULATION FOR DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| IDAHO POWER COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

Upon the parties Joint Stipulation for Dismissal with Prejudice, it is hereby ORDERED that the above-captioned case is DISMISSED with PREJUDICE, each party to pay its own fees and costs.

DATED this 9th day of September, 2020.

15298530_v1

_____
Brian Morris, Chief District Judge
United States District Court